

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00197-CR

EDWIN ANTONIO OSORIO-LOPEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 17914

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

After a jury trial in Upshur County, Edwin Antonio Osorio-Lopez was convicted of evading arrest or detention with a vehicle and aggravated assault with a deadly weapon. Osorio-Lopez was sentenced to concurrent ten-year and twenty-year sentences, respectively.[1]

In this appeal of his conviction of evading arrest or detention with a vehicle, Osorio-Lopez brings a single point of error, claiming that the trial court erred in not granting his motion for a continuance to allow for a competency examination.[2]

By order dated August 14, 2019, we sustained Osorio-Lopez's point of error and abated this case to the trial court with instructions to conduct a retrospective competency trial, if such a trial were feasible. We have reviewed the supplemental reporter's records and the supplemental clerk's records showing that on November 5, 2019, the trial court found that a retrospective competency trial was feasible. The supplemental records further indicate that the trial court conducted the retrospective competency trial on February 25, 2020, and found Osorio-Lopez to have been competent at the trial resulting in the conviction which is the subject of this appeal.

Osorio-Lopez brings no additional points of error.

---

[1]*See* TEX. PENAL CODE ANN. §§ 38.04(b)(2)(A), 22.02.

[2]In companion cause number 06-18-00198-CR, Osorio-Lopez appeals from his conviction of aggravated assault with a deadly weapon.

We, therefore, affirm the trial court's judgment.


                                        Scott E. Stevens
                                        Justice

Date Submitted:     March 10, 2020
Date Decided:       March 27, 2020

Do Not Publish